Entered on Docket June 6, 2013

**Below is the Judgment of the Court.**

**Timothy W. Dore**
**U.S. Bankruptcy Court Judge**
**(Dated as of Entered on Docket date above)**

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br>Barjinder Singh and Harbhajan Kaur,<br>Debtors.<br>Barjinder Singh and Harbhajan Kaur,<br>Plaintiffs,<br>v.<br>Key Bank, N.A.,<br>Defendant. | Case No. 13-10691-TWD<br>Adversary No. 13-01247-TWD<br>**JUDGMENT** |

THIS MATTER having come *Ex-Parte* before the Judge of the above-entitled Court upon the Stipulation entered into by Plaintiffs Barjinder Singh and Harbhajan Kauer ("Debtors"), by and through their counsel Christina L. Henry, and KeyBank, N.A., through their representative, Milan Kubat of Weltman, Weinberg & Reis Co., LPA, NOW THEREFORE, it is hereby:

HENRY DEGRAAFF & MCCORMICK, P.S.
1833 N 105TH ST., STE 200
SEATTLE, WASHINGTON 98133
telephone (206) 330-0595

ORDERED that KeyBank, N.A.'s Deed of Trust recorded in Washington State in King County real estate records under Recording No. 20071017001908 is a completely unsecured lien on the property located at 4458 S 188th Pl, Seatac, WA 98188-5035 ("Residence).

IT IS FURTHER ORDERED that said lien is hereby avoided pursuant to 11 U.S.C. §506 and §1322 and is no longer a lien against Plaintiff's Residence. PROVIDED that if this case is dismissed or converted to one under Chapter 7, the avoided Deed of Trust is reinstated as a lien against the above-described Residence.

IT IS FURTHER ORDERED that Defendant's claim shall be treated as a general unsecured claim for purposes of this chapter 13 bankruptcy.

//END OF ORDER//

Presented by:

HENRY, DEGRAAFF & MCCORMICK. P.S.

By:*/s/ Christina L Henry*
Christina Latta Henry, WSBA #31273
Attorney for Debtors
Respectfully Submitted

Agreed as to Form by:

WELTMAN, WEINBERG & REIS CO., LPA

By: /s/Milan Kubat
Milan Kubat, Authorized agent for KeyBank, N.A.
323 W. Lakeside Ave,
Suite 200
Cleveland, OH 44113-1099

**HENRY DEGRAAFF & MCCORMICK, P.S.**
1833 N 105TH ST., STE 200
SEATTLE, WASHINGTON 98133
telephone (206) 330-0595